# United States District Court
## CIVIL MINUTES - GENERAL

Case # 4:18cv262-MW                                        Date July 24, 2018

## JACOBSON et al v. DETZNER

DOCKET ENTRY:    Preliminary Injunction Hearing      10:02 - 10:58; 11:17 - 11:35; 11:50 - 1:08

Court hears argument regarding [29] Motion for Preliminary Injunction.  Ruling by the Court:  Court denies plaintiff's ore tenus motion to strike.  [21] & [37] Motions to dismiss filed by defendant and intervenor defendant are denied.  Motion for Preliminary injunction is denied.  Orders will issue today.  Parties are directed to confer and propose a schedule and file a rule 26 report by 8/3/2018.

PRESENT:  HONORABLE  MARK E. WALKER  , UNITED STATES DISTRICT CHIEF JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys For Plaintiff:                              Attorneys For Defendants:

| Abha Khanna | Mohammad Jazil | Malcolm Means |
| John Geise | David Fugett | Jason Torchinsky |
| Frederick Wermuth | Gary Perko | Shawn Sheehy |

| Time | Event |
|---|---|
| 10:02 | Court in session |
| 10:03 | Parties discuss witnesses that will be called for today's hearing |
| 10:12 - 10:58 | Argument by Counsel |
| 10:58 | Court in recess |
| 11:17 | Court in session |
| 11:18 - 11:35 | Argument by counsel |
| 11:35 | Court in recess |
| 11:50 | Court in session |
| 11:51 | Maria Matthews - Defense witness, Sworn, Direct  (Jazil) |
| 11:54 | Court questions witness |
| 11:58 | Direct examination continues (Jazil) |
| 11:59 | Direct (Intervenor Defendant) examination of witness (Torchinsky) |
| 12:03 | Cross examination of witness (Wermuth) |
| 12:16 | Court questions witness |
| 12:18 | Cross examination of witness continues (Wermuth) |
| 12:21 | Redirect  by Intervenor Defendant  (Torchinsky) |
| 12:24 - 1:00 | Argument by Counsel |
| 1:01 | Ruling by the Court:  Motions to dismiss filed by defendant and intervenor are denied.  Preliminary injunction is denied.  Orders will issue today.  Parties are directed to confer and propose a schedule and file a rule 26 report by  8/3/2018. |
| 1:08 | Court adjourned. |

Initials of Clerk: **vmm**