IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NANCY CAROLA JACOBSON,**
et al.,

      **Plaintiffs,**

v.                                  Case No.  4:18cv262-MW/CAS

**LAUREL M. LEE, in her**
**official capacity as Florida**
**Secretary of State, et al.,**

      **Defendant/Intervenors,**
_____/

## ORDER

This Court has considered, without hearing, the Defendant's motion for leave to exceed word limit of Defendant's memorandum of law in support of summary judgment. ECF No. 114. Defendant has already filed her memorandum of law in support of summary judgment exceeding the word limit. ECF No. 115. Nevertheless, Defendant's motion, ECF No. 114, is **GRANTED**.

      **SO ORDERED** on April 10, 2019.

                                      s/Mark E. Walker_____
                                      **Chief United States District Judge**