# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NANCY C. JACOBSON., *et al.,*

      Plaintiffs,

v.                                                    Case No. 4:18-cv-00262-MW-CAS

SECRETARY LAUREL M. LEE,
in her official capacity only,

      Defendant.

_____/

## Plaintiffs' Revised Exhibit List[1]

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|-----|---------|--------------------------|---------------------------|-----------|
| 1. | 1-29-19 Jon Krosnick Trial Expert Report (without appendices) | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 2. | 1-29-19 Jon Krosnick Trial Expert Report Appendix A (Jonathan Krosnick CV) | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 3. | 1-29-19 Jon Krosnick Trial Expert Report Appendix B (Jonathan Krosnick Expert Testimony) | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 4. | 1-29-19 Jon Krosnick Trial Expert Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |

---

[1] Revised to add Exhibits 111-120, pursuant to the Court's Order (ECF No. 173).

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
|  | Appendices C-E |  |  |  |
| 5. | 1-29-19 Jonathan Rodden Trial Expert Report (without appendix) | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 6. | 1-29-19 Jonathan Rodden Trial Expert Report Appendix A | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 7. | 1-29-19 Jonathan Rodden CV | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 8. | 1-29-19 Paul Herrnson Trial Expert Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 9. | 1-29-19 Paul Herrnson Trial Expert Report Appendix | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 10. | 1-29-19 Paul Herrnson CV | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 11. | 2-27-19 Jon Krosnick Second Trial Expert Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 12. | Errata Sheet Re: 2-27-19 Jon Krosnick Second Trial Expert Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 13. | 2-27-19 Jonathan Rodden Second Trial Expert Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 14. | 2-27-19 Paul Herrnson Second Trial Expert | Hearsay (802) | Hearsay (802) | Per Pretrial Order |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | Report | | | |
| 15. | 6-29-18 Jon Krosnick Report (without appendices) | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 16. | 6-29-18 Jon Krosnick Report Appendices C-D | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 17. | 7-20-18 Jon Krosnick Report | Hearsay (802) | Hearsay (802) | Per Pretrial Order |
| 18. | Okaloosa County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 19. | Brevard County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 20. | Leon County Official Ballot | Relevance (402) | Cumulative (403) | |
| 21. | 2018 Bradford County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 22. | 2016 Broward County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 23. | 2018 Citrus County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 24. | 2018 Columbia County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 25. | 2018 Dixie County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 26. | 2016 Escambia County Sample Ballot | Relevance (402) | Cumulative (403) | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| 27. | 2018 Franklin County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 28. | 2018 Indian River County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 29. | 2018 Jackson County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 30. | 2016 Lafayette County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 31. | 2018 Liberty County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 32. | 2018 Monroe County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 33. | 2018 Palm Beach County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 34. | 2018 Seminole County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 35. | 2016 Suwannee County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 36. | 2018 Wakulla County Sample Ballot | Relevance (402) | Cumulative (403) | |
| 37. | 7-11-18 Barnett Affidavit | Hearsay (802) | Hearsay (802) | |
| 38. | Article: "Palm Beach County resolves Delray Beach vote mix-up" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |

4

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | | | | |
| 39. | Article: "2 officials: Palm Beach County voters share blame in registration mix-ups" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 40. | Article: "Palm Beach County Dogged By Ballot Printing Problems" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 41. | Article: "Recount shows wrong winners declared in two Wellington election races" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 42. | Article: "3,400 Ballots Missing in Florida Election: Recount Flips Race" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 43. | November 2014 Mike's Picks Voter Guide | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 44. | November 2014 Spanish Voter Guide | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 45. | 2016 Palm Beach Voter Guide | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 46. | 2018 Palm Beach Sample Republican | Hearsay (802), Relevance | Hearsay 802), Relevance | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
|  | Ballot | (402) | (402) |  |
| 47. | 2018 Palm Beach Republican Voter Guide Mailing | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) |  |
| 48. | Palm Beach Sample Ballot | Relevance (402) | Hearsay (802), Relevance (402), Cumulative (403) |  |
| 49. | Ohio Secretary of State's Office Voting Systems for Ohio's 88 Counties | Relevance (402) | Relevance (402), Not disclosed in discovery. |  |
| 50. | 2018 Polk County General Election Reporting Results | Relevance (402) |  |  |
| 51. | Florida Election Results Summary XML Schema Reference |  |  |  |
| 52. | Florida Voting System Standards |  |  |  |
| 53. | FSASE Supervisor of Elections Directory |  |  |  |
| 54. | Rule 1S-2.053 |  |  |  |
| 55. | DS-DE 138 (referenced in Administrative Rule 1S-2.053) |  |  |  |
| 56. | June 2014 Florida Polling Place Procedures |  |  |  |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | Manual | | | |
| 57. | Florida Secretary of State's Office - Political Party Information | | | |
| 58. | List of Florida Certified Voting Systems | | | |
| 59. | List of Voting Systems by County | | | |
| 60.[2] | Maria Matthews 7-13-18 Declaration | Hearsay (802) | Hearsay (802) | |
| 61. | Excerpts from July 27, 2018 Preliminary Injunction Hearing Testimony of Maria Matthews | Relevance (402) | | |
| 62. | Excerpts from March 27, 2019 Deposition of Maria Matthews | Relevance (402), form objections made during deposition | | |
| 63. | Email 8-22-12 from Gary Holland to <SOEContacts> | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 64. | Email chain 6-10-16 - | Hearsay (802), Relevance | Hearsay (802), Relevance | |

[2] To the extent Plaintiffs introduce exhibits 60, 61, and 62 or portions thereof, it will be solely as a statement of a party opponent under Federal Rule of Evidence 801(d)(2), for impeachment, or both; and Plaintiffs object on grounds of Hearsay, Federal Rule of Evidence 802, to Defendant and Defendant Intervenors seeking to use or to introduce one or more of these exhibits into evidence.

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | 6-13-16 between Malcolm Chellman, Donna Brown, and Krist Bronson | (402) | (402) | |
| 65. | Email 1-11-12 between Gary Holland, Brian Corley, Mark Ard, and Maria Matthews | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 66. | 1-12-18 Email from Virgie Madrigal to numerous with Attachment Advisory Opinion DE 18-01.PDF | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 67. | Attachment Advisory Opinion DE 18-01.PDF to Email SOS001192 | Relevance (402) | Hearsay (802), Relevance (402) | |
| 68. | Email 1-12-19 from Maria Matthews to Janet Modrow | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 69. | Email 7-20-18 From: Mark Earley To: Numerous | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 70. | Email 7-20-18 From: Ronald Labasky To: Numerous | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 71. | Defendant-Intervenors' Response to Plaintiff's First Requests for | | Hearsay (802) | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|-----|---------|--------------------------|---------------------------|-----------|
|     | Admission |                        |                           |           |
| 72. | Defendant Florida Secretary of State's Response to Plaintiff's First Requests for Admission | | Hearsay (802) | |
| 73. | Defendant Florida Secretary of State's Responses to Plaintiffs' First Set of Interrogatories | | Hearsay (802) | |
| 74. | Defendant-Intervenors National Republican Senate Committee's and Republican Governors Association's Responses to Plaintiffs' First Set of Interrogatories | | Hearsay (802) | |
| 75. | Defendant-Intervenors National Republican Senate Committee's and Republican Governors Association's Amended Response to Plaintiffs' Interrogatory 2 | | Hearsay (802) | |
| 76. | Mark Earley 7-20-18 Declaration | Hearsay (802) | Hearsay (802) | |
| 77. | July 13, 2018 Paul Lux Declaration | Hearsay (802) | Hearsay (802) | |
| 78. | 2017-18 Voter's Guide | | Hearsay (802), | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | Okaloosa County | | Cumulative (403) | |
| 79. | American Statistical Association Releases Statement on Statistical Significance and P-Values | Hearsay (802) | Hearsay (802), Relevance (402) | |
| 80. | Article: "Status Quo Bias in Ballot Wording" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 81. | Article: "Online Polls and Registration-Based Sampling: A New Method for Pre- Election Polling | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 82. | Article: "Does Party Trump Ideology? Disentangling Party and Ideology in America" | Hearsay (802), Relevance (402) | Hearsay 802), Relevance (402) | |
| 83. | Article: "Who is Ideological? Measuring Ideological Consistency in the American Public" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 84. | Article: "Lost in Issue Space? Measuring Levels of Ideology in the American Public" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 85. | Article: "Gender Inequalities in Campaign Finance" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|-----|---------|--------------------------|---------------------------|-----------|
| 86. | Article: "Representing the Preferences of Donors, Partisans, and Voters in the US Senate" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 87. | Michael Barber 4/30/19 Report in Response to Report of Dr. Christopher Cooper | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 88. | Dissertation: Buying Representation: The Incentives, Ideology, and Influence of Campaign Contributors in American Politics, by Michael Barber | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 89. | Article: Estimating Neighborhood Effects on Turnout from Geocoded Voter Registration Records, by Michael Barber and Kosuke Imai | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 90. | Article: "The Effect of Abortion Legalization on Sexual Behavior: Evidence from Sexually Transmitted Diseases" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 91. | Article: "Mandatory Waiting Periods for Abortions and Female Mental Health" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | | | | |
| 92. | Article: "ECONOMETRIC ANALYSES OF U.S. ABORTION POLICY: A CRITICAL REVIEW" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 93. | Excerpt from "The Party of Death" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 94. | Article: "Abortion Access and Risky Sex Among Teens: Parental Involvement Laws and Sexually Transmitted Diseases" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 95. | Article: "Do parental involvement laws deter risky teen sex" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 96. | Article: "Abortion access and risky sex" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 97. | Article: "The Relationship Between Abortion Liberalization and Sexual Behavior: International Evidence" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | | | | |
| 98. | Article: "Shleifer's Failure, Reviewed by Jonathan Klick" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 99. | Submission by British American Tobacco Limited opposing the Smoke-Free Environments (Tobacco Plain Packaging) Amendment Bill | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 100. | British American Tobacco response to the Department to Health discussion document, 5 September 2008 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 101. | Article: "When Should You Adjust Standard Errors for Clustering," October 2017 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402) | |
| 102. | Article: "Reducing Soda Consumption" | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Prejudicial (403) | |
| 103. | 1951-1952 Report of the Florida Secretary of State | | | |
| 104. | 1955-1956 Report of the | | | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
|  | Florida Secretary of State |  |  |  |
| 105. | 1959-1960 Report of the Florida Secretary of State |  |  |  |
| 106. | State of Florida Tabulation of Votes Cast in the November 3, 1964 General Election |  |  |  |
| 107. | State of Florida Tabulation of Votes Cast in the November 8, 1966 General Election |  |  |  |
| 108. | State of Florida Tabulation of Votes Cast in the November 3, 1970 General Election |  |  |  |
| 109. | State of Florida Tabulation of Votes Cast in the November 2, 1954 General Election |  |  |  |
| 110. | State of Florida Tabulation of Votes Cast in the November 5, 1974 General Election |  |  |  |
| 111. | Mark Earley text message with Paul Lux – Part 1 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation |  |
| 112. | Mark Earley text | Hearsay (802), | Hearsay (802), |  |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|---|---|---|---|---|
| | message with Paul Lux – Part 2 – July 12, 2018 | Relevance (402) | Relevance (402), Foundation | |
| 113. | Mark Earley text message with Paul Lux – Part 3 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 114. | Mark Earley text message with Paul Lux – Part 4 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 115. | Paul Lux text message with Mark Earley – Part 1 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 116. | Paul Lux text message with Mark Earley – Part 2 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 117. | Paul Lux text message with Mark Earley – Part 3 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 118. | Paul Lux text message with Mark Earley – Part 4 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 119. | Paul Lux text message with Mark Earley – Part 5 – July 12, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| 120. | Email String between Paul Lux and Emily Jeanne Barber – May 10, 2018 | Hearsay (802), Relevance (402) | Hearsay (802), Relevance (402), Foundation | |
| Plaintiffs reserve the right to identify additional exhibits for impeachment purposes and to use any exhibits offered and admitted on Defendants' and Defendant- | | | | |

| No. | Exhibit | Secretary's Objection(s) | Intervenors' Objection(s) | Admitted? |
|-----|---------|--------------------------|---------------------------|-----------|
| Intervenor's Exhibit Lists. Plaintiffs also reserve the right to create and produce to opposing counsel additional demonstrative exhibits before presenting them at trial. | | | | |

Plaintiffs may also rely on the following publicly available materials from other states, as to which Plaintiffs contend that the Court may take judicial notice:

### Ballot Order Legislative Materials

| Identifier | Description | Secretary's Objection(s) | Intervenors' Objection(s) |
|------------|-------------|--------------------------|---------------------------|
| A | O.R.C. Ann. § 3505.03(B) | Relevance (403) | Relevance (403) |
| B | Oh. Const. Art. V, § 2a | Relevance (403) | Relevance (403) |
| C | New Hampshire RSA 656:5(II) | Relevance (403) | Relevance (403) |
| D | N.D. Cent. Code, § 16.1-11-27(1)-(2) | Relevance (403) | Relevance (403) |
| E | K.S.A. § 25-610(a)) | Relevance (403) | Relevance (403) |
| F | 13-12-205, MCA | Relevance (403) | Relevance (403) |
| G | N.J. Stat. Ann. § 19:14-12 | Relevance (403) | Relevance (403) |
| H | A.C.A. § 7-5-207(c)(1) | Relevance (403) | Relevance (403) |
| I | Cal. Elec. Code § 13111 | Relevance (403) | Relevance (403) |
| J | Ala. Stat. § 15.15.030(6) | Relevance (403) | Relevance (403) |

| Identifier | Description | Secretary's Objection(s) | Intervenors' Objection(s) |
|---|---|---|---|
| K | Idaho Code § 34-2419 | Relevance (403) | Relevance (403) |
| L | Va. Code Ann. § 24.2-613(c) | Relevance (403) | Relevance (403) |
| M | 26 Okl. St. § 6-106 | Relevance (403) | Relevance (403) |
| N | C.R.S. § 1-5-404(1) | Relevance (403) | Relevance (403) |
| O | N.M. Stat. Ann. § 1-10-8.1(A)-(B) | Relevance (403) | Relevance (403) |
| P | R.I. Gen. Laws § 17-19-9.1 | Relevance (403) | Relevance (403) |
| Q | S.D. Codified Laws § 12-16-3.1 | Relevance (403) | Relevance (403) |
| R | W. Va. Code § 3-5-13a(b)(2) | Relevance (403) | Relevance (403) |
| S | Code of Ala. § 17-6-25 | Relevance (403) | Relevance (403) |
| T | HRS § 11-115(a) | Relevance (403) | Relevance (403) |
| U | La. R.S. § 18:1259(6) | Relevance (403) | Relevance (403) |
| V | La. R.S. § 18:551(C)(1)(c) | Relevance (403) | Relevance (403) |
| W | 21-A M.R.S. § 601(2)(B) | Relevance (403) | Relevance (403) |
| X | Nev. Rev. Stat. Ann. § 293.267(2) | Relevance (403) | Relevance (403) |
| Y | Utah Code Ann. § | Relevance (403) | Relevance (403) |

| Identifier | Description | Secretary's Objection(s) | Intervenors' Objection(s) |
|---|---|---|---|
| | 20A-6-302(1)(b) | | |
| Z | 17 V.S.A. § 2472(b)(2) | Relevance (403) | Relevance (403) |
| AA | Miss. Code Ann. § 23-15-367(2)(f) | Relevance (403) | Relevance (403) |
| BB | North Carolina House Audio 4/25/2017 | Relevance (403) | Relevance (403), Not disclosed in discovery |
| CC | ORS § 254.155(3) | Relevance (403) | Relevance (403) |
| DD | Tenn. Code Ann. § 2-5-208(d)(1) | Relevance (403) | Relevance (403) |
| EE | N.C.G.S.A. § 163A-1114 (2018) | Relevance (403) | Relevance (403) |
| FF | N.C.G.S.A. § 163A-1114 (2015) | Relevance (403) | Relevance (403) |
| GG | N.C.G.S.A. § 163A-1114 (2017) | Relevance (403) | Relevance (403) |
| HH | North Carolina Session Law 2016-109 | Relevance (403) | Relevance (403) |
| II | 2018 North Carolina Laws S.L. 2018-99 (H.B. 496) | Relevance (403) | Relevance (403) |
| JJ | North Carolina Session Law 2016-109 – Legislative | Relevance (403) | Relevance (403) Not disclosed in discovery |

| Identifier | Description | Secretary's Objection(s) | Intervenors' Objection(s) |
|---|---|---|---|
| | Record | | |
| KK | North Carolina House Bill 496 Voting Results | Relevance (403) | Relevance (403), Not disclosed in discovery |
| LL | North Carolina Supreme Court Retirement Notice | Relevance (403) | Relevance (403), Hearsay (802), Not disclosed in discovery |
| MM | North Carolina Supreme Court List of Justices 2019 | Relevance (403) | Relevance (403), Hearsay (802), Not disclosed in discovery |
| NN | NC State Board Candidate Order Press Release 2/28/2018:  State Board Randomly Selects Candidate Order for 2018 Ballots | Relevance (403) | Relevance (403), Not disclosed in discovery |
| OO | NC Legislative Library Senate Committee on Rules and Operations 06-12-2018 Minutes | Relevance (403) | Relevance (403), Not disclosed in discovery |
| PP | NC Legislative Library Senate Select Committee on Elections 06-12-2018 Minutes | Relevance (403) | Relevance (403), Not disclosed in discovery |
| QQ | NC Legislative Library House Committee on Rules | Relevance (403) | Relevance (403), Not disclosed in discovery |

| Identifier | Description | Secretary's Objection(s) | Intervenors' Objection(s) |
|---|---|---|---|
|  | Calendar and Operations 04-25-2017 Minutes |  |  |
| RR | North Carolina Senate Leadership Listing 2015-2016 Session | Relevance (403) | Relevance (403), Not disclosed in discovery |
| SS | North Carolina Senators Listing 2015-2016 Session (Feb. 2016) | Relevance (403) | Relevance (403), Not disclosed in discovery |
| TT | North Carolina Senators Listing 2015-2016 Session (Nov. 2016) | Relevance (403) | Relevance (403), Not disclosed in discovery |
| UU | Forsyth County Sample Ballot (2018) | Relevance (403) | Relevance (403), Not disclosed in discovery |
| VV | Forsyth County Sample Ballot (2016) | Relevance (403) | Relevance (403), Not disclosed in discovery |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all Counsel of Record.

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
    & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Jacki L. Anderson*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
jackianderson@perkinscoie.com
jgeise@perkinscoie.com

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
akhanna@perkinscoie.com

*Counsel for the Plaintiffs*
*\*Admitted Pro Hac Vice*