UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NANCY C. JACOBSON., *et al.,*

      Plaintiffs,

v.                          Case No. 4:18-cv-00262-MW-CAS

SECRETARY LAUREL M. LEE,
in her official capacity only,

      Defendant.

_____/

| SECRETARY OF STATE'S AMENDED[1] EXHIBIT LIST | | |
|---|---|---|
| | Exhibit | Plaintiffs' Objection(s) |
| SOS 1 | Transcript of March 27, 2019, Deposition of Maria Mathews | Hearsay (802) |
| SOS 2 | July 13, 2018 Declaration of Maria Matthews | Hearsay (802) |
| SOS 3 | Chart 1:  Florida Ballot Order 1952-2018 | Hearsay (802) |
| SOS 4 | Chart 2: Ballot Order In Other States | Hearsay (802) |
| SOS 5 | Timeline of Important Election Dates for 2020 Election Cycle | Hearsay (802) |
| SOS 6 | Florida State Association of Supervisors of Elections 2018-2019 Directory | |
| SOS 7 | Florida Voting System Standards | |
| SOS 8 | July 24, 2018 Preliminary Injunction Hearing Transcript | Hearsay (802) |
| SOS 9 | List of Florida Certified Voting Systems | |

[1] Amended to include Exhibits SOS 25, 26, and 27, which were not previously listed, but were admitted during trial in this case.

| SOS 10 | List of Voting Systems by County | |
| SOS 11 | Map of Florida Congressional Districts | |
| SOS 12 | Map of Florida House Districts | |
| SOS 13 | Map of Florida Senate Districts | |
| SOS 14 | Conn. Gen. Stat. § 9-249a | Relevance (401) |
| SOS 15 | O.C.G.A. § 21-2-285 | Relevance (401) |
| SOS 16 | R.R.S. Neb. § 32-815 | Relevance (401) |
| SOS 17 | NY CLS Elec § 7-116 | Relevance (401) |
| SOS 18 | 25 P.S. § 2963 | Relevance (401) |
| SOS 19 | Tex. Elec. Code § 52.091 | Relevance (401) |
| SOS 20 | Burns Ind. Code Ann. § 3-11-2-6 | Relevance (401) |
| SOS 21 | MCLS § 168.703 | Relevance (401) |
| SOS 22 | Wis. Stat. § 5.64 | Relevance (401) |
| SOS 23 | Wyoming Stat. § 22-6-121 | Relevance (401) |
| SOS 24 | Panama City News Herald Article (April 3, 1951) | Relevance (401) and Hearsay (802) |
| SOS 25 | June 29, 2018 Expert Report of Dr. Jon A. Krosnik | |
| SOS 26 | Blocksom, D. (2008), Moderators of the Name-Order Effects: The 2004 Presidential Election in Ohio, Undergraduate Thesis, *Stanford University*, Stanford, California | |
| SOS 27 | Florida Department of State, Division of Elections, Active Registered Voters by House District, Book Closing: October 9, 2018 | |
| Any exhibits offered and admitted on Plaintiffs' or Defendant-Intervenors' exhibit lists. The Secretary also reserves the right to identify additional exhibits for impeachment purposes | | |

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *General Counsel*
brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*and*


*s/ Mohammad O. Jazil*

MOHAMMAD O. JAZIL (FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
JOSEPH A. BROWN (FBN 25765)
jbrown@hgslaw.com
KRISTEN C. DIOT (FBN 118625)
kdiot@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax:  (850) 224-8551

**Counsel for the Florida Secretary of State,**
Dated:  July 18, 2019    **Laurel M. Lee**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through the Court's CM/ECF system to all counsel of record on this 18th day of July 2019.

/s/ Mohammad O. Jazil
Attorney