UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NANCY C. JACOBSON., *et al.*,

    Plaintiffs,

v.

SECRETARY LAUREL M. LEE,
in her official capacity only,

    Defendant.

Case No. 4:18-cv-00262-MW-CAS

## NOTICE OF FILING PROPOSED TRIAL ORDER

Plaintiffs, pursuant to this Court's Order (ECF No. 161) and related directive at trial (Tr. 529:23-531:1, 540:3-4), hereby submit their proposed Trial Order, in reference to the three-day bench trial concluded on July 17, 2019 in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of Record.

Respectfully submitted,

/s/*Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
    & WERMUTH, P.A.

P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Jacki L. Anderson*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
jackianderson@perkinscoie.com
jgeise@perkinscoie.com

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
akhanna@perkinscoie.com

*Counsel for the Plaintiffs*
*Admitted Pro Hac Vice*