UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:18cv262-MW/CAS

NANCY CAROLA JACOBSON.,
TERENCE FLEMING, SUSAN BOTTCHER,
PRIORITIES USA, DNC SERVICES CORPORATION/
DEMOCRATIC NATIONAL COMMITTEE,
DSCC also known as DEMOCRATIC SENATORIAL
CAMPAIGN COMMITTEE, DCCC also known as
DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,
DEMOCRATIC GOVERNORS ASSOCIATION,
DEMOCRATIC LEGISLATIVE CAMPAIGN COMMITTEE,

    Plaintiffs,

v

LAUREL M LEE IN HER OFFICIAL CAPACITY AS THE
FLORIDA SECRETARY OF STATE,

    Defendant.

v

NATIONAL REPUBLICAN SENATORIAL COMMITTEE,
REPUBLICAN GOVERNORS ASSOCIATION,

    Intervenor Defendants

## AMENDED JUDGMENT

Plaintiff's claims are DISMISSED for lack of jurisdiction.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

November 9, 2020       s/Ronnell Barker
DATE       Deputy Clerk: Ronnell Barker